ANNIE WHEELER ET AL. V. NETTIE DAVIS.

(No. 3470.)

APPEAL from Mitchell County.   Opinion by HURT, J.

*(Transferred from Austin.)*

CLARK & SMALLWOOD, counsel for appellants.

No counsel appeared for appellee.

§ **13.** *Judgment, when not final; if not final, appeal from will be dismissed.*   This was a suit by appellee against appellant and one John Burton.   The verdict of the jury was: "We, the jury find for the plaintiff the sum of ($500) five hundred dollars."   The judgment is, "that the plaintiff Nettie Davis do have and recover of and from the defendant Annie Wheeler the sum of five hundred dollars and all costs," etc.   This is not a final judgment, in that it does not dispose of the case as to the defendant John Burton, and hence this court has no jurisdiction of the appeal.   [W. & W. Con. Rep. § 24.]

November 4, 1885.                Appeal dismissed.